# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SUNTERRA HORTICULTURE (CANADA), INC.,
A Canadian corporation,

        Plaintiff/Judgment Creditor

vs.                                                      Case No. 2:14-cv-00177-KG-SMV

ALDERSHOT OF NEW MEXICO, INC.,
A New Mexico Corporation,

        Defendant/Judgment Debtor.

## ORDER ALLOWING SHORTENED SHERIFF'S SALE

This matter comes before the Court on the emergency stipulated motion by Sunterra Horticulture (Canada), Inc., ("Sunterra") the judgment creditor, and Aldershot of New Mexico, Inc., ("Aldershot") the judgment debtor, for an order under NMSA 1978, § 39-5-1.1 allowing the Dona Ana County Sheriff ("Sheriff") to sell the plants and shipping materials at Aldershot's greenhouse on Saturday, August 30, 2014, outside the four-week notice provisions of NMSA 1978, § 39-5-1. The Court, being fully advised in the premises, finds that the motion is well taken and should be granted. The Court therefore ORDERS as follows:

The Sheriff may sell Aldershot's plants and shipping materials on Saturday, August 30, 2014, and that sale need not comply with the notice provisions of NMSA 1978, § 39-5-1.

SO ORDERED.

                                                                             _____
                                                                             THE HONORABLE STEPHAN M. VIDMAR
                                                                             UNITED STATES MAGISTRATE JUDGE

1771483.1

2

Submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:  /s/ Charles R. Hughson
     Charles R. Hughson
     Post Office Box 1888
     Albuquerque, NM 87103-1888
     Telephone:  (505) 765-5900
     chughson@rodey.com
     *Attorneys for Plaintiff*
     *Sunterra Horticulture (Canada), Inc.*

Stipulated to:

LAW OFFICE OF RUSSEL C. LOWE

By:   Approved Via E-Mail 08.27.14
     Russell C. Lowe
     PO Box 90536
     Albuquerque, NM 87199-0536
     Telephone: (505) 263-0602
     rustylowe462@gmail.com
     *Attorney for Aldershot of New Mexico, Inc.*