**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SUNTERRA HORTICULTURE (CANADA), INC.,
A Canadian corporation,

    Plaintiff,

vs.              Case No. 2:14-cv-00177-KG-SMV

ALDERSHOT OF NEW MEXICO, INC.,
A New Mexico Corporation,

    Defendant, and

BBVA COMPASS BANK,

    Garnishee.

**RELEASE OF GARNISHMENT**

  The WRIT OF GARNISHMENT issued on August 14, 2014 (Doc. 27), to BBVA Compass Bank is hereby released and discharged; and the BBVA Compass Bank no longer has any obligation to withhold wages, money or property from the Judgment Debtor on account of that writ.

              _____
              UNITED STATES DISTRICT JUDGE

Submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ Charles R. Hughson
      Charles R. Hughson
      Post Office Box 1888
      Albuquerque, NM 87103-1888
      Telephone: (505) 765-5900
      chughson@rodey.com
      *Attorneys for Plaintiff*
      *Sunterra Horticulture (Canada), Inc.*

Stipulated to:

*Telephonic approval Sept. 11, 2014*
William J. Cooksey
Attorney for Compass Bank
2040 Fourth Street NW
Albuquerque, NM 87102
Telephone: (505) 243-6721