**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SUNTERRA HORTICULTURE (CANADA), INC.,
A Canadian corporation,

        Plaintiff/Judgment Creditor

vs.                                          Case No. 2:14-cv-00177-KG-SMV

ALDERSHOT OF NEW MEXICO, INC.,
A New Mexico Corporation,

        Defendant/Judgment Debtor.

**STIPULATED ORDER APPOINTING SPECIAL MASTER TO SELL GREENHOUSE**

This matter comes before the Court on Sunterra Horticulture (Canada), Inc.'s Unopposed Motion for Appointment of Special Master to Sell Greenhouse. Aldershot of New Mexico, Inc., and New Mexico State University stipulate to the relief requested, as indicated by their attorney's signatures below. The Court, being fully advised in the premises, finds that the motion is well taken and should be granted. The Court therefore ORDERS as follows:

    A.    Ben A. Longwill is hereby appointed as special master to sell the greenhouse belonging to Aldershot of New Mexico, Inc., presently located on the New Mexico State University Camplus.

    B.    Mr. Longwill's rate of $250 plus New Mexico gross receipts tax is approved.

    C.    Notice of the sale shall be published for four consecutive weeks as required by NMSA 1978, § 39-5-1.

    D.    The special master shall not accept any bid lower than $100,000 at the sale. A report of sale shall be filed with the Court for approval prior to the special master delivering a bill of sale for the greenhouse.

    E.    The proceeds of the sale shall first be applied to the partial satisfaction of the

1888786.1

judgment in this case, up to $100,000.  The remainder of the proceeds shall be paid to New Mexico State University.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   /s/ Charles R. Hughson
     Charles R. Hughson
     Post Office Box 1888
     Albuquerque, NM 87103-1888
     Telephone:  (505) 765-5900
     chughson@rodey.com
     *Attorneys for Plaintiff*
     *Sunterra Horticulture (Canada), Inc.*

Stipulated to:

LAW OFFICE OF RUSSEL C. LOWE

By: *Approved via email on March 4, 2015*
     Russell C. Lowe
     PO Box 90536
     Albuquerque, NM 87199-0536
     Telephone: (505) 263-0602
     rustylowe462@gmail.com
     *Attorney for Aldershot of New Mexico, Inc.*

MARTIN, LUTZ, ROGGOW & EUBANKS P.C.

By: *Approved via email on March 5, 2015*
     William L. Lutz
     PO Box 1837
     Las Cruces, NM 88004-1837
     wlutz@qwestoffice.net
     *Attorney for New Mexico State University*

18102\70781

PARTIES ENTITLED TO NOTICE:

Charles R. Hughson
Post Office Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900
chughson@rodey.com
*Attorneys for Plaintiff*
*Sunterra Horticulture (Canada), Inc.*


Russell C. Lowe
PO Box 90536
Albuquerque, NM 87199-0536
Telephone: (505) 263-0602
rustylowe462@gmail.com
*Attorney for Aldershot of New Mexico, Inc.*


William L. Lutz
PO Box 1837
Las Cruces, NM 88004-1837
wlutz@qwestoffice.net
*Attorney for New Mexico State University*

Ben A. Longwill
741 N. Alameda Blvd #4
Las Cruces, NM 88005-2172
Phone: (575) 524-4141
Fax: (575) 524-4975
benalongwill@yahoo.com
*Special Master*