IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNTERRA HORTICULTURE (CANADA) INC.,
A Canadian corporation,

           Plaintiff/Judgment Creditor

vs.                      Case No. 2:14-cv-00177-KG-SMV

ALDERSHOT OF NEW MEXICO, INC.,
A New Mexico Corporation,

           Defendant/Judgment Debtor.

**STIPULATED ORDER CONFIRMING AND APPROVING
SPECIAL MASTER'S SALE AND SPECIAL MASTER'S REPORT OF SALE**

      This matter comes before the Court on Sunterra Horticulture (Canada) Inc.'s Unopposed Motion to Approve and Confirm Sale of Special Master and Special Master's Report of Sale. Defendant/Judgment Debtor Aldershot of New Mexico, Inc., and interested party New Mexico State University stipulate to the relief requested, as indicated by their attorney's signatures below. The Court, being fully advised in the premises, finds that the motion is well taken and should be granted. The Court therefore ORDERS as follows:

      A.     The Special Master's Report of Sale, including its Exhibit A (Special Master's Bill of Sale), is confirmed and approved.

      B.     The sale of the subject property to Masson Farms of New Mexico, Inc., a New Mexico corporation is confirmed and approved.

      C.     The Special Master is authorized and directed to deliver to Masson Farms of New Mexico, Inc., the Special Master's Bill of Sale in exchange for $100,000 in cash, cashier's check, or similar certified funds payable to "Sunterra Horticulture (Canada) Inc."

SO ORDERED.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

1926980.1

Submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    /s/ Charles R. Hughson
       Charles R. Hughson
       Post Office Box 1888
       Albuquerque, NM 87103-1888
       Telephone:  (505) 765-5900
       chughson@rodey.com
       *Attorneys for Plaintiff*
       *Sunterra Horticulture (Canada) Inc.*

Stipulated to:

LAW OFFICE OF RUSSEL C. LOWE

By: *Approved via email on 5/8/2015*
       Russell C. Lowe
       PO Box 90536
       Albuquerque, NM 87199-0536
       Telephone: (505) 263-0602
       rustylowe462@gmail.com
       *Attorney for Aldershot of New Mexico, Inc.*

MARTIN, LUTZ, ROGGOW & EUBANKS P.C.

By: *Approved via email on 5/9/2015*
       William L. Lutz
       PO Box 1837
       Las Cruces, NM 88004-1837
       wlutz@qwestoffice.net
       *Attorney for New Mexico State University*

PARTIES ENTITLED TO NOTICE:

Charles R. Hughson
Post Office Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900
chughson@rodey.com
*Attorneys for Plaintiff*
*Sunterra Horticulture (Canada) Inc.*


Russell C. Lowe
PO Box 90536
Albuquerque, NM 87199-0536
Telephone: (505) 263-0602
rustylowe462@gmail.com
*Attorney for Aldershot of New Mexico, Inc.*

William L. Lutz
PO Box 1837
Las Cruces, NM 88004-1837
wlutz@qwestoffice.net
*Attorney for New Mexico State University*

Ben A. Longwill
741 N. Alameda Blvd #4
Las Cruces, NM 88005-2172
Phone: (575) 524-4141
Fax: (575) 524-4975
benalongwill@yahoo.com
*Special Master*

18102\70781